B6B (Official Form 6B) (12/07)

In re _Maria D. Rios_____ ,     Case No. _15-40572_____
                Debtor(s)                                                               (if known)

# SCHEDULE B-PERSONAL PROPERTY
## Amended 04/21/2015

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash<br>Location: In debtor's possession | | $15.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account<br>Location: Bank of America | | $25.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Furniture<br>Location: Bank of America<br><br>Household goods<br>Location: In debtor's possession | | $800.00<br><br>$1,800.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing<br>Location: In debtor's possession | | $400.00 |
| 7. Furs and jewelry. | | Costume jewelry, watches<br>Location: In debtor's possession | | $75.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Page __1__ of __3__

In re _Maria D. Rios_ _____ ,    Case No. _15-40572_

    Debtor(s)    (if known)

# SCHEDULE B-PERSONAL PROPERTY
## Amended 04/21/2015
### (Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | _1998 Ford Explorer, 190,000+ miles_ _Location: In debtor's possession_ | | $1,000.00 |

B6B (Official Form 6B) (12/07)

In re __Maria D. Rios_____,     Case No. _15-40572___
            Debtor(s)                                                          (if known)

# SCHEDULE B-PERSONAL PROPERTY
## Amended 04/21/2015
### (Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | *2004 Ford Freestar, 100,000+ miles* *Location: In debtor's possession* | | $2,000.00 |
| | | *2008 Honda Pilot *Amended** *Location: In debtor's possession* | H | $10,200.00 *Amended* |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Page __3__ of __3__

**Total** ➡     $6,115.00

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6C (Official Form 6C) (04/13)

In re __Maria D. Rios_____,     Case No. _15-40572_____
                    Debtor(s)                                                              (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT
## Amended 04/21/2015

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds $155,675.*

(Check one box)

☐ 11 U.S.C. § 522(b) (2)

☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| Cash | R. S. Mo. 513.430.1(3) | $ 15.00 | $ 15.00 |
| Checking account | R. S. Mo. 513.430.1(3) | $ 25.00 | $ 25.00 |
| Furniture | R. S. Mo. 513.430.1(1) | $ 0.00 | $ 800.00 |
| Household goods | R. S. Mo. 513.430.1(1) | $ 1,800.00 | $ 1,800.00 |
| Clothing | R. S. Mo. 513.430.1(1) | $ 400.00 | $ 400.00 |
| Costume jewelry, watches | R. S. Mo. 513.430.1(2) | $ 75.00 | $ 75.00 |
| 1998 Ford Explorer, 190,000+ miles | R. S. Mo. 513.430.1(5) | $ 1,000.00 | $ 1,000.00 |
| 2004 Ford Freestar, 100,000+ miles | R. S. Mo. 513.430.1(5) | $ 2,000.00 | $ 2,000.00 |
| 2008 Honda Piliot *Amended* | R. S. Mo. 513.430.1(3) | $3,560.00 *Amended* | $10,200.00 *Amended* |
| | R. S. Mo. 513.430.1(5) | $3,000.00 *Amended* | $10,200.00 *Amended* |

Page No. __1__ of __1__

* Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

In re Maria D. Rios ,                              Case No. 15-40572
_____
                    **Debtor(s)**                                              (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## Amended 04/21/2015

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: <br><br> *Creditor # : 1* <br> *ARvest Central* <br> *Po box 7103* <br> *Little Rock AR 72223* | | *2008 Honda Piliot *Amended** <br><br><br> Value: *$ 0.00* | | | | *$ 17,200.00* | *$ 17,200.00* |
| Account No: 8724 <br><br> *Creditor # : 2* <br> *BAC Home Loans* <br> *450 American Street* <br> *Simi Valley CA 93065-6285* | | *2006* <br> *Mortgage* <br> *1241 Cielo Lindo Dr, El Paso, TX 79927* <br><br> Value: *$ 65,000.00* | | | | *$ 64,183.00* | *$ 0.00* |

1  continuation sheets attached
_____

                                        Subtotal $       | *$ 81,383.00* | *$ 17,200.00* |
                                     (Total of this page)
                                            Total $
                                    (Use only on last page)
                                              (Report also on Summary of      (If applicable, report also on
                                               Schedules.)                    Statistical Summary of
                                                                              Certain Liabilities and
                                                                              Related Data)

B6D (Official Form 6D) (12/07)   - Cont.

In re _Maria D. Rios_ _____,   Case No. _15-40572_____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## Amended 04/21/2015

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: _3865_<br><br>_Creditor # : 3_<br>_Nebraska Furniture Mart_<br>_Inquiries, PO Box 3000_<br>_Omaha NE 68114_ | | _2013_<br>_Purchase Money Security_<br>_Furniture_<br><br>Value: _$ 800.00_ | | | | _$ 1,383.00_ | _$ 583.00_ |
| Account No: | | | | | | | |
| | | Value: | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors
Holding Secured Claims

| | | |
|---|---|---|
| **Subtotal $**<br>(Total of this page) | _$ 1,383.00_ | _$ 583.00_ |
| **Total $**<br>(Use only on last page) | _$ 82,766.00_ | _$ 17,783.00_ |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6F (Official Form 6F) (12/07)

In re _Maria D. Rios_ ,    Case No. _15-40572_

**Debtor(s)** (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended 04/21/2015

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br><br>Creditor # : 1<br>ARvest bank<br>po box 1229<br>Bentonville AR 72712 | X | | 2013<br>Co-signer on car loan<br>Not showing on credit reports | | | | $ 18,000.00 |
| Account No:    4888<br><br>Creditor # : 2<br>Bank of America<br>PO Box 982238<br>El Paso TX 79998 | | | 2005<br>Credit Card | | | | $ 5,441.00 |
| Account No:    1820<br><br>Creditor # : 3<br>Best Buy Card<br>Retail Service<br>PO Box 15521<br>Wilmington DE 19850-5521 | | | 2006<br>Credit Card | | | | $ 290.00 |

_2_ continuation sheets attached

Subtotal $    $ 23,731.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Maria D. Rios_____,   Case No. _15-40572_____

**Debtor(s)**                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended 04/21/2015

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 4 <br> Check & Go <br> 4312 Rainbow Blvd <br> Kansas City KS 66103 | | payday loan | | | | *Unknown* |
| Account No: <br> Creditor # : 5 <br> Government ECU El Paso <br> 7227 Viscount Blvd <br> El Paso TX 79925-4801 | | 2014 <br> Signature Loan | | | | $ 5,081.00 |
| Account No: <br> Creditor # : 6 <br> One Way Auto Sales <br> 8210 Independence Ave <br> Kansas City MO 64124 | | 2014 <br> Co-signer on car loan | | | | $ 3,000.00 |
| Account No:  2442 <br> Creditor # : 7 <br> Security Finance <br> PO Box 686 <br> Spartanburg SC 29304-0811 | | 2014 <br> Signature Loan | | | | $ 840.00 |
| Account No:  6008 <br> Creditor # : 8 <br> Syncb/JC Penney <br> PO Box 965007 <br> Orlando FL 32896-5007 | | 2009 <br> Credit Card | | | | $ 991.00 |

Sheet No. _1_ of _2_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 9,912.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Maria D. Rios_____,  Case No. _15-40572_____
**Debtor(s)**  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### Amended 04/21/2015

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.  7981 <br> Creditor # : 9 <br> Synchrony/Lowes <br> PO Box 965005 <br> Orlando FL 32896 | | 2009 <br> Credit Card | | | | $ 1,167.00 |
| Account No.  4071 <br> Creditor # : 10 <br> Wells Fargo <br> 800 Walnut St <br> Des Moines IA 50309 | | 208 <br> Unsecured loan | | | | $ 1,690.00 |
| Account No: | | | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |

Sheet No.  _2_  of  _2_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $** | $ 2,857.00 |
| **Total $** | $ 36,500.00 |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re *Maria D. Rios*         Case No. *15-40572*
Chapter *7*

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION

**Part A -** Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No. *1*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *BAC Home Loans* | *1241 Cielo Lindo Dr, El Paso, TX 79927* |

Property will be (check one) :

☒ Surrendered    ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt    ☒ Not claimed as exempt

Property No. *2*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *Nebraska Furniture Mart* | *Furniture* |

Property will be (check one) :

☐ Surrendered    ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☒ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☒ Claimed as exempt    ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)

| Property No. *3* | |
|---|---|
| **Creditor's Name :** <br><br> *ARvest Central* | **Describe Property Securing Debt :** <br><br> *2008 Honda Piliot *Amended** |

Property will be (check one) :

☐ Surrendered     ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☒ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☒ Claimed as exempt     ☐ Not claimed as exempt

**Part B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. *1* | | |
|---|---|---|
| **Lessor's Name:** <br><br> Kristina Bokonich Wilcoxon | **Describe Leased Property:** <br><br> *1235 Ewing Ave* <br> *KCMO 64126* | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): <br><br> ☒ Yes     ☐ No |

### Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: *04/21/2015* _____    Debtor: _____

Date: _____    Joint Debtor: _____

MOW 1009- 1.1 [replaces MOW 1009-1.1 and 1.2]

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF MISSOURI

IN RE:  Maria D. Rios                    )
                                         )         Case No. 15-40572
                                         )
                 Debtor(s)          )

**Amended 04/21/2015**
**VERIFICATION BY DEBTOR(S)**

I/We, Maria D. Rios _____, named as the debtor(s) in this case,
declare under the penalty of perjury that I/we have read the

☐     Schedule(s) _____ (A - J insert all that apply)
☑     Amended Schedule(s) ____B, C, D & F____ (A - J insert all that apply)
☐     Conversion Schedules _____ (A - J insert all that apply)
☐     Statement/Amended Statement of Financial Affairs
☑     Statement/Amended Statement of Intent
☐     Statement/Amended Statement of Current Monthly Income
☐     Matrix
☐     Amended Matrix
☐     Other _____ (describe)

and that they are true and correct to the best of my/our knowledge, information, and belief.

Date: 04/13/2015 _____          _____
                                                 Signature of Debtor
                                        Maria D. Rios


                                        _____
                                                 Signature of Joint Debtor

Instructions:  File with original schedules or matrix not filed with the original petition or
amended schedules/statements/matrix.  Must be prepared as a separate document and must
contain image of the debtor(s)' signature(s). Docket as a separate event or as a separate
attachment to the schedules/statements/matrix.
ECF Event: If not filed as an attachment to the schedules/statements/matrix, but filed as a
separate document use the event –   Bankruptcy>Other>Verification by Debtor